Cox *et al. v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

No. 6665. NOVEMBER 17, 1928. REHEARING DENIED DECEMBER 15, 1928.

*Poole & Fraser,* for plaintiffs.